IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENJAMIN PAEZ,<br><br>Plaintiff,<br><br>vs.<br><br>M. J. NUTSCH, NSP Troop E. Badge # 321,<br><br>Defendant. | 4:20CV3108<br><br>**MEMORANDUM AND ORDER** |

On November 3, 2020, the court granted Plaintiff's motion seeking leave to proceed in forma pauperis and ordered him to pay an initial partial filing fee in the amount of $17.75 within 30 days. (*See* Filing 10.) When such payment was not made, the court entered an order on December 4, 2020, requiring Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the initial partial filing fee. (*See* Filing 11.) On December 18, 2020, the court received a payment from Plaintiff in the amount of $13.24, which leaves a balance of $4.51 owing on the initial partial filing fee.

On December 21, 2020, the court received correspondence from Plaintiff in which he requests an extension of time to pay the initial partial filing fee. (Filing 12.) Treating the letter as a motion, the request will be granted, and Plaintiff will be required to pay the balance owing of $4.51 within 30 days of today's date.

IT IS THEREFORE ORDERED:

1.   Plaintiff's motion for extension of time (Filing 12) is granted, and Plaintiff will have 30 days from today's date to pay the balance owing on the initial partial filing fee.

2. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **January 20, 2021**: check for payment of initial partial filing fee.

Dated this 21st day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge