IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENJAMIN PAEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>M. J. NUTSCH, NSP Troop E. Badge # 321,<br><br>        Defendant. | 4:20CV3108<br><br>**ORDER** |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing 15) is granted. Plaintiff shall have an additional 60 days, until **May 21, 2021**, to file an amended complaint.

Dated this 19th day of March, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge