IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENJAMIN PAEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>M. J. NUTSCH, NSP Troop E.<br>Badge # 321,<br><br>　　　　　Defendant. | 4:20CV3108<br><br>**MEMORANDUM<br>AND ORDER** |

　　　Plaintiff has again requested appointment of counsel (Filing 22). There has been no material change in circumstances since Plaintiff's last request was denied on June 28, 2021 (see Filing 18). Accordingly,

　　　IT IS ORDERED that Plaintiff renewed motion to appoint counsel (Filing 22) is denied without prejudice.

　　　Dated this 1st day of November 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　Senior United States District Judge