IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENJAMIN PAEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>M. J. NUTSCH, NSP Troop E. Badge # 321,<br><br>　　　　Defendant. | 4:20CV3108<br><br><br>**MEMORANDUM<br>AND ORDER** |

　　　On December 13, 2021, the court received correspondence from Plaintiff which has been docketed as a "motion for admission of facts" (Filing 27). The motion will be denied.

　　　Plaintiff has previously been advised that he is responsible for conducting discovery on his own in accordance with the Federal Rules of Civil Procedure. (See Filing 26.) Requests for admission may be served on an opposing party's attorney by regular mail or other means. *See* Fed. R. Civ. P. 5(b) & 36. However, the deadline for service of requests for admissions and other discovery requests is December 15, 2021. See Order Setting Schedule for Progression of Case (Filing 30, ¶ 1). To the extent Plaintiff may be requesting an extension of that deadline, he has failed to make a satisfactory showing of good cause. *See* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent.").

　　　IT IS THEREFORE ORDERED that Plaintiff's motion for admission of facts (Filing 27) is denied.

　　　Dated this 14th day of December 2021.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge