IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENJAMIN PAEZ, | 4:20CV3108 |
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| M. J. NUTSCH, NSP Troop E. Badge # 321, | |
| Defendant. | |

Plaintiff has filed a motion to compel Defendant to subpoena evidence from the Nebraska State Patrol. (Filing 35.) The motion will be denied. Defendant has no obligation to undertake discovery on Plaintiff's behalf.[1]

IT IS THERFORE ORDERED that Plaintiff's motion to compel discovery (Filing 35) is denied.

Dated this 10th day of January 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge

---

[1] Plaintiff states Defendant must prove that Plaintiff's allegations are untrue. This is incorrect. As the court has previously explained, "a plaintiff has the burden of proof in a § 1983 action claiming a Fourth Amendment violation for a warrantless search." *Paez v. Nutsch*, No. 4:20CV3108, 2021 WL 2652456, at *3 (D. Neb. June 28, 2021) (citing *Der v. Connolly*, 666 F.3d 1120, 1127 (8th Cir. 2012)). Defendant has the burden of producing evidence that an exception to the warrant requirement applies, *see id.*, but this burden of production does not mean that Defendant must obtain evidence for Plaintiff.