IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENJAMIN PAEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>M. J. NUTSCH, NSP Troop E. Badge # 321,<br><br>　　　　　Defendant. | 4:20CV3108<br><br><br>**ORDER OF DISMISSAL** |

This case is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. Filing No. 62. The parties explain that they have reached a settlement and jointly request that this matter be dismissed with prejudice, with each party to bear its own costs, except as otherwise agreed. Under these circumstances, dismissal with prejudice is appropriate

IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice, Filing No. 62, is granted, and this matter is dismissed with prejudice, with each party to bear its own costs, except as otherwise agreed. The Court shall retain jurisdiction over this matter for thirty days from the date of this order to enforce the terms of the parties' settlement agreement if necessary.

Dated this 16th day of May, 2023.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge